# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1349

VERSUS

MARLON R. CARTER                          **DECEMBER 30, 2021**

---

In Re:    Marlon Romaine Carter, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-15-0006.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND PENZATO, JJ.**

   **WRIT GRANTED.**   The district court is ordered to act on relator's Motion to Correct an Illegal Sentence, filed August 19, 2021, on or before February 15, 2022.  A copy of the trial court's action shall be filed in this court on or before February 25, 2022.

**VGW**
**JMG**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT